IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PAUL REYES SEDILLO,

    Petitioner,

v.                                          No.    CV 16-0575 WJ/CG
                                                                CR 10-2085 WJ

UNITED STATES OF AMERICA,

    Respondent.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD"), (CV Doc. 16), filed June 14, 2017. In the PFRD, the Magistrate Judge recommended that Petitioner Paul Reyes Sedillo's Motion to Appoint Counsel (CV Doc. 2), Respondent's Motion to Reinstitute Proceedings (CV Doc. 10), and Petitioner's *Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255*, (CV Doc. 4), be denied, and that this case be dismissed with prejudice. The parties were notified that objections were due within fourteen days. (CV Doc. 16 at 7). No objections have been filed and the deadline of June 28, 2017 has passed. The recommendations of the Magistrate Judge are adopted by this Court.

**IT IS THEREFORE ORDERED** that Petitioner's Motion to Appoint Counsel (CV Doc. 2), Respondent's Motion to Reinstitute Proceedings (CV Doc. 10), and Petitioner's *Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255*, (CV Doc. 4), are **DENIED**, and this case shall be **DISMISSED with prejudice**.

                                                        HONORABLE WILLIAM P. JOHNSON
                                                        UNITED STATES DISTRICT JUDGE